Scott Sagaria (State Bar No.217981)
sjsagaria@sagarialaw.com
Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Tatyana Eryomenko

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TATYANA ERYOMENKO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>Defendants. | Case No.: 2:18-cv-00334-JAM-DB<br><br>**ORDER** |

**ORDER**

Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 6/1/2018                /s/ John A. Mendez_____
                               Hon. JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE

1
[PROPOSED] ORDER